IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CASTON BLUEBERRY PARTNERSHIP, ) <br> and ROBERT CASTON, Individually ) <br> ) <br> Defendants. ) | FILED <br> U.S. DISTRICT COURT <br> EASTERN DISTRICT ARKANSAS <br> JUL 06 2009 <br> James W. McCormack, CLERK <br> <br> Civil Action No. 1:09CV033 WRW <br> <br> This case assigned to District Judge Wilson <br> and to Magistrate Judge Deere |

COMPLAINT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, brings this action to enjoin the defendants, Caston Blueberry Partnership and Robert Caston, individually, from violating the provisions of Section 11(c), 12(a), 15(a)(4), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq., hereinafter referred to as the Act, and to restrain defendants from employing minors under the age of 12 in violation of 29 U.S.C. 213(c)(1)(B).

I.

This court has jurisdiction over this action pursuant to section 17 of the Act, 29 U.S.C. § 217, and 28 U.S.C. 1331 and 1345.

II.

1. Defendant, Caston Blueberry Partnership is now, and at all times hereinafter mentioned was, doing business at 2422 Fairview, Onia, Arkansas 72663 in Stone County, within the jurisdiction of this Court.

2. Defendant, Robert Caston, has a place of business and is doing business at 2422 Fairview, Onia, Arkansas, 72663 in Stone County, within the jurisdiction of this Court, where Robert

Caston is, and at all times hereinafter mentioned was, an owner and partner of the defendant Caston Blueberry Partnership and actively manages, supervises and directs the business affairs and operations of the defendant, Caston Blueberry Partnership. Robert Caston acts and has acted, directly and indirectly, in the interest of the defendant, Caston Blueberry Partnership, in relation to its employees and is an employer of these employees within the meaning of the Act.

III.

At all times hereinafter mentioned, defendants employed and they are employing employees engaged in picking blueberries that are shipped across interstate lines. By reason of their aforementioned activities, such employees have been and are engaged in commerce or in the production of goods for commerce within the meaning of the Act.

IV.

During the period since June 6, 2009, defendants, employers subject to certain provisions of the Act, have violated, and they are violating the provisions of Sections 12(c) and 15(a)(4) of the Act, 29 U.S.C. §§ 212(c) and 215(a)(4), by employing oppressive child labor, as such term is defined in Section 3(l) of the Act, in commerce or in the production of goods for commerce within the meaning of the Act in that they have employed minors under the age of 12 in agricultural employment, as such term is defined in Section 3(f) of the Act.

V.

During the period since June 6, 2009, defendants violated the provisions of Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that defendants have failed to make, keep and preserve adequate and accurate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations of the Administrator issued pursuant to Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and

215(a)(5), and found in Title 29, Chapter VI, Code of Federal Regulations, Part 516 in that their records failed to show, among other things, the birthdates of all of their employees.

VI.

WHEREFORE, cause having been shown, plaintiff prays for judgment against Caston Blueberry Partnership and Robert Caston, an individual, as follows:

1. For an Order pursuant to Section 17 of the Act permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with defendants, from violating sections 11(c), 12(a), 15(a)(4), and 15(a)(5)of the Act;

2. For an Order pursuant to Section 17 enjoining and restraining defendants from employing minors under the age of 12 in agricultural employment

3. For an Order awarding plaintiff the costs of this action; and

4.      For an Order granting such other and further relief as may be necessary and appropriate.

                                                CAROL A. DE DEO
Deputy Solicitor for National Operations

JAMES E. CULP
Regional Solicitor

Address:

MARGARET TERRY CRANFORD
Counsel for Wage and Hour

U. S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas  75202                By:
Telephone:  (972) 850-3100

TINA D. JUAREZ
Attorney
Tx Bar No. 24027549

RSOL Case No. 09-00887                Attorneys for Plaintiff.