## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

HILDA L. SOLIS, Secretary of Labor,  )
United States Department of Labor,    )
                                      )
        Plaintiff,                   )
                                      )
v.                                    )   Civil Action No. 1:09CV033 WRW
                                      )
CASTON BLUEBERRY PARTNERSHIP,         )
 and ROBERT CASTON, Individually      )
                                      )
        Defendants.                  )

### CONSENT JUDGMENT

Plaintiff has filed her complaint and defendants without admitting they have violated any

provision of the Fair Labor Standards Act of 1938 have agreed to the entry of judgment without

contest.  It is, therefore, upon motion of the plaintiff and for cause shown,

ORDERED, ADJUDGED and DECREED that defendants, their officers, agents,

servants, employees and all persons in active concert or participation with them be permanently

enjoined from violating the provisions of Section 11(c), 12(a), 15(a)(4), and 15(a)(5)of the Fair

Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq., hereinafter referred to as the

Act, in any of the following manners:

1. Defendants shall not, contrary to Sections 12(a) and 15(a)(4) of the Act, 29 U.S.C. §§

206 and 215(a)(2), employ oppressive child labor, as such term is defined in Section 3(1) of the

Act, in commerce or in the production of goods for commerce within the meaning of the Act by

employing minors under the age of 12 in agricultural employment, as such term is defined in

Section 3(f) of the Act.

2.  Defendants shall not, contrary to Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve accurate records of the persons employed by them, and the wages paid, hours worked and other conditions and practices of employment prescribed by regulations issued by the Administrator of the Employment Standards Administration, United States Department of Labor (29 C.F.R. Part 516), including birthdates for all employees.

Each party agrees to bear his or her own attorneys' fees, costs and other expenses in connection with any stage of this proceeding, including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

Dated this _8th_ day of _July_, _2009_.

_____
UNITED STATES DISTRICT JUDGE

2

Defendant waives
their defenses to plaintiff's
complaint and consent to
the entry of this judgment:

ROBERT CASTON, Individual

ROBERT CASTON, Owner/Partner
Caston Blueberry Partnership

LEWIS CASTON, Owner/Partner
Caston Blueberry Partnership

CLESSON CASTON, Owner/Partner
Caston Blueberry Partnership

FRED CASTON, Owner/Partner
Caston Blueberry Partnership

Plaintiff moves for entry
of this judgment:

CAROL A. DE DEO
Deputy Solicitor for National Operations

JAMES E. CULP
Regional Solicitor

MARGARET TERRY CRANFORD
Counsel for Wage and Hour

By:

TINA D. JUAREZ
Trial Attorney
Tx Bar No. 24027549

Attorneys for Plaintiff.